1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   BRENDA WEKSLER
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  (Fax) 388-6261

6  Attorneys for MICHAEL RIPPIE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00154-GMN-PAL |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE DUE DATES OF EXHIBIT LISTS, PROPOSED VOIR DIRE, PROPOSED JURY INSTRUCTIONS AND TRIAL BRIEFS** |
| vs. | |
| MICHAEL RIPPIE, | [Expedited treatment requested] |
| Defendant. | |

COMES NOW the defendant, Michael Rippie, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for defendant and files this Unopposed Motion to Continue Due Dates of Exhibit Lists, Proposed Voir Dire, Proposed Jury Instructions and Trial Briefs for the following reasons.

DATED this 4th day of June 2013.

RENE L. VALLADARES
Federal Public Defender

*/s/ BRENDA WEKSLER*
_____
BRENDA WEKSLER
Assistant Federal Public Defender

| | |
|---|---|
| 1 | On June 3, 2013, this Court entered an Order indicating that exhibit lists, proposed voir dire, |
| 2 | proposed jury instructions and trial briefs are due by June 6, 2013. Trial is set for June 18, 2013. The |
| 3 | parties respectfully request that this Court allow them until Monday June 10, 2013, the day of |
| 4 | calendar call to comply with these requirements. The reasons for this request are as follows: |
| 5 |     1.    This case came in by way of complaint on April 14, 2013. Defendant was detained. |
| 6 | Between April 14, 2013 and the present, counsel for defense has had to file three motions in regards |
| 7 | to the defendant's bail status. Two hearings were had on this matter. A psychiatrist was hired for a |
| 8 | psychiatric evaluation. Numerous visits and meetings have taken place regarding bail. The defendant |
| 9 | was released yesterday. |
| 10 |     2.    The Government has filed a superseding indictment in this case. Arraignment and |
| 11 | Plea is scheduled for June 6, 2013. |
| 12 |     3.    The defendant is not in agreement with continuing trial. Counsel for the defense has |
| 13 | spent numerous hours on the bail matter. Counsel for the defense is requesting until Monday, June |
| 14 | 10, 2013 to file the documents in this Court's order. |
| 15 |     4.    The Government does not oppose this request. |

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ BRENDA WEKSLER*
_____
BRENDA WEKSLER
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RIPPIE,<br><br>    Defendant. | Case No.: 2:13-cr-00154-GMN-PAL<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that the Due Dates of Exhibit Lists, Proposed Voir Dire, Proposed Jury Instructions and Trial Briefs be continued to Monday June 10, 2013, the day of calendar call to comply with these requirements.

**DATED** this 5th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge