UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-154-GMN-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL RIPPIE, | |
| Defendant. | |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the United States Waive the Appearance of Michael Rippie at the Calendar Call on this case set for Monday June 10, 2013 due to health reasons.

**DATED** this 7th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge