UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MICHAEL RIPPIE,

                Defendant.

Case No.: 2:13-cr-00154-GMN-PAL

**ORDER**

## ORDER

IT IS HEREBY ORDERED, that the counsel for the Defendant and for the Government in the above referenced case be allowed to review the jury questionnaires prior to the commencement of trial.

The parties are directed to call the Jury Office at (702) 464-5600, Monday through Friday between the hours of 9:00 a.m. and 4:00 p.m. to make an appointment to view the juror cards in the presence of jury office staff.

**IT IS SO ORDERED** this 11th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge