

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
NOV 15 2013
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:13-CR-154-GMN-(PAL) |
| MICHAEL RIPPIE, | |
| Defendant. | |

### FINAL ORDER OF FORFEITURE AS TO MICHAEL RIPPIE

On August 12, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MICHAEL RIPPIE to the United States of America. Superseding Indictment, ECF No. 24; Jury Verdict, ECF No. 115; Preliminary Order of Forfeiture, ECF No. 111.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant MICHAEL RIPPIE.

DATED this 15 day of NOV 2013.

_____
UNITED STATES DISTRICT JUDGE

