|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | **UNITED STATES DISTRICT COURT** | |
| 7 | **DISTRICT OF NEVADA** | |
| 8 | UNITED STATES OF AMERICA, ) | |
| 9 | Plaintiff, ) | |
| 10 | v. ) | 2:13-CR-154-GMN-(PAL) |
| 11 | MICHAEL RIPPIE, ) | |
| 12 | Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On August 12, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), and (5); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant MICHAEL RIPPIE guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegations of the Superseding Indictment and shown by the United States to have the requisite nexus to the offense**s** to which defendant MICHAEL RIPPIE was found guilty. Superseding Indictment, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 111; Minutes of Jury Trial, ECF No. 113; Verdict Form, ECF No. 115.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 15, 2013, through September 13, 2013, notifying all potential third parties and notified known third parties by personal service or by regular mail and certified mail return receipt requested,

. . .

of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 122; Notice of Filing Service of Process, ECF No. 124.

On October 8, 2013, the United States Marshals Service served James Lee Hoffpauir by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No 124.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a. a Ruger, model P94, .40 caliber pistol, serial number 340-77627;

    b. a Stevens model 58, 20 gauge shotgun, with no serial number;

    c. a Harrington & Richardson, 16 gauge shotgun, serial number A323738;

    d. a Ruger, model 10/22, .22 magnum rifle, serial number 290-13543;

    e. an unknown manufacturer (Cyrillic markings), unknown model, unknown caliber rifle, serial number 206725;

    f. a Ruger, New Model Single Six, .22 magnum caliber revolver, serial number 268-53486;

    g. a Stevens, model 240, .410 Bore shotgun, unknown serial number;

    h. a Century Arms Inc., model AKMS, 7.62 X 39 caliber rifle, serial number KMS04456;

    i. a Bushmaster, model XM15-E2S, .223 caliber rifle, serial number ARA015268;

      j.    a Dan Wesson, .357 magnum revolver, serial number 375630;

      k.    a Mossberg, model 500A, 12 gauge shotgun, serial number L623664;

      l.    a Ruger, model M77, .338 Winchester Magnum rifle, serial number 782-98697;

      m.    a Marlin, model 444S, .444 Marlin caliber rifle, serial number 23009764;

      n.    a Dan Wesson Arms, .44 Magnum revolver, serial number CC566;

      o.    a Baker Gun Co., 12 gauge, Black Beauty Special, serial number 201318F; and

      p.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 13th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court